DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIAS R. ZENKICH,**
Appellant,

v.

**MARGARET ZENKICH, THE ZENKICH FAMILY LIMITED
PARTNERSHIP, THE ELIAS R. ZENKICH REVOCABLE TRUST DATED
NOVEMBER 16, 2010,** and **THE ELIAS R. ZENKICH IRREVOCABLE
TRUST DATED NOVEMBER 16, 2010,**
Appellees.

No. 4D18-1448

[September 13, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Arthur M. Birken, Senior Judge; L.T. Case No. FMCE 17-007849 (42/93).

Robert A. Stok and Joshua R. Kon of Stok Folk + Kon, Aventura, and Alan J. Braverman of Law Offices of Alan Jay Braverman, P.A., Fort Lauderdale, for appellant.

Paul Morris of Law Offices of Paul Morris, P.A., Miami, and Karen B. Weintraub of Sidweber & Weintraub, P.A., Fort Lauderdale, for appellee Margaret Zenkich.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***